# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

MELISSA WELLS,          )
                          )
       Plaintiff,      )
                          )
v.                       )     **AFFIDAVIT OF ELIAS SALINAS**
                          )
ALFONSO MARTINEZ, and TRADEX  )
LOGISTICS, INC.,         )
                          )
       Defendants.    )
_____ )

Personally appeared before me, Elias Salinas, who, being duly sworn, deposes and states as follows:

1.    I am an adult over the age of 18 years old and of sound mind and body. I have personal knowledge of the facts stated in this affidavit and the information stated herein is true and accurate to the best of my knowledge.

2.    I am employed as the Safety Director for Tradex Logistics located at 607 Grand Central, Laredo, Webb County, Texas 78045. Tradex Logistics, Inc. is a party to a civil action in the Superior Court Division of Transylvania County, North Carolina entitled "Melissa Wells v. Alfonso Martinez, and Tradex Logistics, Inc.," C.A. No. 20-CvS-451, which was commenced by the filing of a state court Summons and Complaint on October 30, 2020. Defendant Tradex Logistics, Inc. accepted service of the Summons and Complaint on December 21, 2020.

3.    The complaint in this matter alleges in paragraph 2 that Defendant Alfonso Martinez is a citizen of Mexico and a resident of Cleveland County, North Carolina. However, this is not accurate and probably resulted from the police who investigated this accident plugging

in his zip code for his address in Mexico and generating a report that indicated he lived in North Carolina.

4.      Defendant Martinez is a citizen and resident of Mexico. Attached hereto as **Exhibit A**, Bates numbered 9070001-46, is a full and complete copy of the file created and maintained by Tradex Logistics, Inc. when it hired Mr. Martinez on August 23, 2018 (four days prior to this accident). Mr. Martinez provided multiple forms of identification including a Mexican Driver's License and Voter Identification Card, pages 9070018-19 of Exhibit A, his border crossing card, page 9070021 of Exhibit A, his B1 authorization, to enter and operate a commercial motor vehicle in the United States to pick up or deliver cargo traveling in the stream of international commerce, issued by the Department of Homeland Security, page 9070022 of Exhibit A, and his Mexican Passport, page 9070023 of Exhibit A. Mr. Martinez on his application and all of his identification is listed as having a residence of "C Sin Nombre S/N, EJ San Antonio Del Coyote, Matamoros, Coahuila, 27450" which is a residence in the City of Matamoros, State of Coahuila, Country of Mexico.

5.      I certify and acknowledge that I am signing this affidavit under oath and under penalty of perjury.

Elias Salinas

2

PERSONALLY APPEARING BEFORE ME is Elias Salinas, who via real-time video conference technology pursuant to G.S. 10B-25, states that he has read the foregoing affidavit and affirms that it is true and accurate to the best of his knowledge and has signed the same before me. Further, he was located in Webb County, Texas, and at which time I was located in Mecklenburg County, North Carolina. After witnessing his execution of the affidavit it was then emailed to me and via real-time video I signed this notarial certificate on January 6, 2021, according to the general notarization requirements and/or emergency video notarization requirements contained in G.S. 10B-25.

SWORN to before me this
6th day of January , 2021.

Catherine C. Lee (SEAL)
Notary Public for Mecklenburg Co., NC

My Commission Expires: Aug. 24, 2022

3

# EXHIBIT A


**TRADEX**
LOGISTICS

Driver Name: *Alfonso Martinez contreras*

❖ Copy and Review. . .
  - CDL
  - Phone # and Emergency #   *832 740 7371*
  - Medical Card (and Waivers)
  - Social Security
  - TWIC Card
❖ Check medical Examiner to be Certified
❖ Check Application
  - Experience (2 Yrs. Verified)
  - Accidents
  - Violations
  - Positives and Refusals
  - Gaps of Unemployment
❖ Prepare Folder with Cover Sheet
❖ Run Motor Vehicle Report
  - Check if Certified
  - Check violations and accidents
❖ Employment Verifications
  - Compare dates with application
  - Check accidents
  - Check drug History
❖ Drug Test
  - Results
  - Place hired date on application
  - Chain of custody
❖ Orientation
  - Hours of Service
  - Prepass
  - Individual Vehicle Distance Record
  - Driver Guidelines
  - Policies
  - Fuel Card
❖ Add. . .
  - Driver File
  - Drug File
  - HOS File
  - System File
❖ Report to Insurance



607 Grand Central Blvd.

Laredo, TX 78045

(956)568-6575

# COMMERCIAL DRIVER

# APPLICATION

**Tradex Logistics, Inc.**
**607 Grand Central Blvd.**
**Laredo, TX 78045**
**(956) 568-6575**

# COMMERCIAL DRIVER APPLICATION

FILL IN ALL BLANKS AND PROVIDE ALL INFORMATION REQUESTED—PRINT OR TYPE

Date: _8 / 23 / 2019_

First Name: _Alfonso_ Middle: _____ Last Name: _Martinez Contreras_

Date of Birth: _7 / 27 / 1956_ Social Security Number: ____-____-____

Address: _domicilio Conocido_ Home Telephone: (____) ____-____

City: _Matamoros_ State: _Coah_ Zip: _77450_ Cellular Telephone: _(833) 740-7371_

Do you have the legal right to work in the United States? ☒ Yes ☐ No

Can you provide proof of age? ☒ Yes ☐ No

Have you ever worked for this company before? ☐ Yes ☒ No

If yes, From: _____ To: _____

Reason for leaving: _____

Are you employed now? ☐ Yes ☒ No

If not, how long since leaving last employment? _2 meses_

Who referred you? _Jose Cruz Rendon_

Have you ever been convicted of a felony? ☐ Yes ☒ No

If yes, please explain: _____

Is there any reason you might not be able to perform the functions of the job for which you have applied for? ☐ Yes ☒ No

If yes, explain if you wish: _____

1

Case 1:21-cv-00016-MR-WCM   Document 1-1   Filed 01/14/21   Page 8 of 51

9070003

# COMMERCIAL DRIVER APPLICATION
### FILL IN ALL BLANKS & PROVIDE ALL INFORMATION REQUESTED--PRINT OR TYPE

Date: 8/27/2018

Name: First Alfonso Middle Last Martinez Contreras

Address dom-Comocide e/Coyote coah.     Home telephone: _____

City Matamoros State Coah. Zip 27456     Cellular telephone: 832 740 737

Date of Birth: 7/27/1956     Social Security Number: _____-_____-_____

If your above address is less than 3 years continue listing them below to cover the previous 3 year period:

1   Street_____     Dates: From_____ To_____

    City_____ State_____ Zip_____

2   Street_____     Dates: From_____ To_____

    City_____ State_____ Zip_____

3   Street_____     Dates: From_____ To_____

    City_____ State_____ Zip_____

#### Use backside of sheet for additional addresses

---

Driver's License Information: all licenses held, last 3 years:

State Coah. Number 200 770     Expiration Date 12/11/2019

State_____ Number_____     Expiration Date_____

State_____ Number_____     Expiration Date_____

---

Experience:

B-8"     12/17/1979 to actual
Type of vehicle driven     Dates     Approximate mileage driven

_____     to_____     _____
Type of vehicle driven     Dates     Approximate mileage driven

_____     to_____     _____
Type of vehicle driven     Dates     Approximate mileage driven

---

All Accidents, last 3 years: (If none, write NONE)

Date_____ Describe_____     Fatalities_____ Injuries_____

Date_____ Describe_____     Fatalities_____ Injuries_____

Date_____ Describe_____     Fatalities_____ Injuries_____

9070004

List all Traffic Violations Convictions, last 3 years: (If none, write NONE)

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Date_____ Violation_____ State_____ Commercial Vehicle: Yes / No

Have you ever had any driver license denied, suspended, revoked or canceled by any issuing state agency?

☐ Yes   ☒ No   If yes; state of issuance; explanation: _____

_____

Employment History, last 10 years (383.35)—account for gaps between employers: (If owner/operator, list carriers leased to)

1) Employer: _Gonza Transport_ Dates: _25/05/96_ to _90/07/2018_

   Address: _Lobotines TX Milla 19_ Supervisor: _Juan diaz_

   City, State, Zip code: _Laredo TX 16360_ Telephone: _956 267 6446_

   Were you subject to the Federal Motor Carrier Safety Regulations during this period? ☒ Yes ☐ No

   Were you subject to 49 CFR part 40 controlled substance and alcohol testing during this period? ☒ Yes ☐ No

   Reason for Leaving: _Por un mejor empleo_

   _____

   _____

2) Employer: _T L L_ Dates: _10/05/96_ to _10/09/2017_

   Address: _Gomez Palacio DGO_ Supervisor: _Miguel Mata_

   City, State, Zip code: _27480_ Telephone: _____

   Were you subject to the Federal Motor Carrier Safety Regulations during this period? ☒ Yes ☐ No

   Were you subject to 49 CFR part 40 controlled substance and alcohol testing during this period? ☒ Yes ☐ No

   Reason for Leaving: _Por un empleo Mejor_

   _____

3

9070005

**Tradex Logistics, Inc.**
**607 Grand Central Blvd.**
**Laredo, TX 78045**
**(956) 568-6575**

The below named individual has applied for a position with Tradex Logistics, Inc. this applicant states that he/she was employed and/or contracted with your company. We appreciate your time completing, in confidence, the Information required below.

Applicant Name: Alfonso Martinez   Social Security#: _____

Dates of Employment: 05/20/14 - 09/10/2017

Position: Driver   Reason for Leaving: Better job offer

Type of equipment operated: Tractor Truck

Number of accidents: No   Number of At-Fault accidents: No

Dates of accidents: No

Number of injuries: No   Number of deaths: 0

Has this individual had an alcohol test with a confirmed breath alcohol concentration of 0.04 or greater in the past three years?
☐ Yes ☑ No

Has this individual had a controlled substance and/or alcohol test with a positive result within the las three years?
☐ Yes ☑ No

Has this individual refused a controlled substance and/or alcohol test within the las three years?
☐ Yes ☑ No

Did this individual violate any other provisions of the USDOT drug and alcohol testing regulations during this employment?
☐ Yes ☑ No

Have you received information from any previous employer that this individual violated any USDOT drug and alcohol regulation?
☐ Yes ☑ No

Eligible for rehire? ☑ Yes ☐ No

If no, please explain: _____

_____

Company name: TLL   Address: Gomez Palacio Durango

Person releasing information: Miguel Mota   Position: Supervisor

Signature: phone call   Date: 08/25/2018

9070006

**Tradex Logistics, Inc.**
**607 Grand Central Blvd.**
**Laredo, TX 78045**
**(956) 568-6575**

The below named individual has applied for a position with Tradex Logistics, Inc. this applicant states that he/she was employed and/or contracted with your company. We appreciate your time completing, in confidence, the information required below.

Applicant Name: Alfonso Martinez          Social Security#: _____

Dates of Employment 05/08/2018 – 07/20/2018

Position: Driver     Reason for Leaving: Better Job offer

Type of equipment operated: Tractor Truck

Number of accidents: 0          Number of At-Fault accidents: 0

Dates of accidents: 0

Number of Injuries: 0          Number of deaths: 0

Has this individual had an alcohol test with a confirmed breath alcohol concentration of 0.04 or greater in the past three years?
☐ Yes ☑ No

Has this individual had a controlled substance and/or alcohol test with a positive result within the las three years?
☐ Yes ☑ No

Has this individual refused a controlled substance and/or alcohol test within the las three years?
☐ Yes ☑ No

Did this individual violate any other provisions of the USDOT drug and alcohol testing regulations during this employment?
☐ Yes ☑ No

Have you received information from any previous employer that this individual violated any USDOT drug and alcohol regulation?
☐ Yes ☑ No

Eligible for rehire? ☑ Yes ☐ No

If no, please explain: _____

Company name: Forza          Address: Botines TX - Mile 18

Person releasing information: Juan Diaz     Position: Supervisor

Signature: phone call          Date: 08/25/2018

3) Employer:_____ Dates: _____ to _____

    Address: _____ Supervisor: _____

    City, State, Zip code: _____ Telephone: _____

Were you subject to the Federal Motor Carrier Safety Regulations during this period?    ☐ Yes    ☐ No

Were you subject to 49 CFR part 40 controlled substance and alcohol testing during this period? ☐ Yes    ☐ No

Reason for Leaving: _____

_____

....................................................................................................................................

4) Employer:_____ Dates: _____ to _____

    Address: _____ Supervisor:_____

    City, State, Zip code_____ Telephone: _____

Were you subject to the Federal Motor Carrier Safety Regulations during this period?    ☐ Yes    ☐ No

Were you subject to 49 CFR part 40 controlled substance and alcohol testing during this period? ☐ Yes    ☐ No

Reason for Leaving: _____

_____

....................................................................................................................................

5) Employer:_____ Dates: _____ to _____

    Address: _____ Supervisor: _____

    City, State, Zip code:_____ Telephone: _____

Were you subject to the Federal Motor Carrier Safety Regulations during this period?    ☐ Yes    ☐ No

Were you subject to 49 CFR part 40 controlled substance and alcohol testing during this period? ☐ Yes    ☐ No

Reason for Leaving: _____

_____

....................................................................................................................................

6) Employer:_____ Dates: _____ to _____

    Address: _____ Supervisor: _____

    City, State, Zip Code:_____ Telephone: _____

Were you subject to the Federal Motor Carrier Safety Regulations during this period?    ☐ Yes    ☐ No

Were you subject to 49 CFR part 40 controlled substance and alcohol testing during this period? ☐ Yes    ☐ No

Reason for Leaving: _____

_____

....................................................................................................................................

7). Employer: _____  Dates: _____ to _____

Address: _____  Supervisor: _____

City, State, Zip code: _____  Telephone: _____

Were you subject to the Federal Motor Carrier Safety Regulations during this period?     ☐ Yes     ☐ No

Were you subject to 49 CFR part 40 controlled substance and alcohol testing during this period? ☐ Yes     ☐ No

Reason for Leaving: _____

**Use backside of sheet for additional employers**

## For driver applicants of commercial motor vehicles that require a Commercial Driver License (CDL) the applicant must disclose their controlled substance and alcohol status per the requirements of 49 CFR part 40.25(j).

As a prospective driver employee, you have the right to review information provided by previous employers. You have the right to have errors in the information corrected by the previous employer(s) and for that previous employer(s) to re-send the corrected information to the prospective employer; the right to have a rebuttal statement attached to the alleged erroneous information, if the previous employer and the driver cannot agree on the accuracy of the information.

Driver employees who have previous Department of Transportation regulated employment history in the preceding three years, and wish to review previous employer provided investigative information, must submit a written request to the prospective employer, which may be done at anytime, including when applying or as late as thirty (30) days after being employed or being notified of denial of employment. The prospective employer must provide this information to the applicant within five (5) business days of receiving the written request. If the prospective employer has not yet received the requested information from the previous employer(s), then the five (5) business day deadlines will begin when the prospective employer receives the requested safety performance history information. If the driver has not arranged to pick up or receive the requested records within thirty (30) days of the prospective employer making them available, the prospective motor carrier may consider the driver to have waived their request to review the records.

## Certification

"I certify that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge."

_____            8/23/2018
Applicant's Signature                      Date Signed

TO BE COMPLETED BY THE EMPLOYER:

Application received by:                  Application reviewed for completeness by:

_____            Mario Ramirez
Name                                      Name

_____            Safety Manager        8/24/2018
Title                    Date             Title                      Date

SIGNIFICANT DATES:

Date of Hire: _____

Time & Date of Pre-Employment CST: _____

Time & Date of Pre-Employment CST Results Received: _____

Date First Used in Safety Sensitive Position: _____

Date of Termination: _____

5

# COMMERCIAL VEHICLE DRIVER APPLICANT
## Controlled Substance and Alcohol Questionnaire
## Pursuant to 49 CFR part 40.25(j)

Application Date _18/8/2018_

Name _Alfonso_    First    Middle    _Martinez Contreras_ Last

Address _dom. Con. el coyote coah._    Home Telephone _____

City _Matamoros_ State _coah_ Zip _27430_    Cell Telephone _832 740 7371_

Date of Birth _27/07/1956_    Social Security Number _____ - _____ - _____

## 49 CFR 40.25(j)

| | | YES | NO |
|---|---|---|---|
| Have you ever tested positive, or refused to test, on any pre-employment drug or alcohol test administered by an employer to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules during the past two years? | | YES | (NO) |
| If YES — | Have you successfully completed the return-to-duty process? | YES | (NO) |
| If YES — | Documentation **MUST BE PROVIDED** before any safety-sensitive transportation function is performed. | | |

_____
Applicant's Signature

_22/08/2018_
Date Signed

## TO BE COMPLETED BY EMPLOYER:

Received by: _____

Title: _____ Date: _____

Reviewed by: _Miro Ramirez_

Title: _Safety Manager_    Date: _23/08/2018_

 

# RELEASE OF CDL HOLDER'S REPORTED POSITIVE ALCOHOL OR CONTROLLED SUBSTANCE TEST RESULTS

Use this form to <u>obtain</u> the CDL holder's reported positive alcohol or controlled substance test results information.

This form should <u>ONLY</u> be used if you wish to <u>inquire</u> whether or not a prospective driver (CDL Holder) has had a positive alcohol or controlled substance test result reported to the Texas Department of Public Safety in compliance with state law.

## THIS FORM IS <u>NOT</u> REQUIRED FOR <u>REPORTING</u> A POSITIVE ALCOHOL OR CONTROLLED SUBSTANCE TEST.

1. This form must be completed in full and include the driver's <u>original</u> signature.
   *(Electronic signatures <u>will not</u> be accepted)*

2. Deliver, mail, Email or FAX the completed form to:

   **Texas Department of Public Safety**
   **Motor Carrier Bureau, MSC #0521**
   **6200 Guadalupe, Building P**
   **Austin, Texas 78752-4019 / Facsimile: 512-424-5310**
   **Email: MCB.VPR@dps.texas.gov**

   ☐ Check here if CDL Holder is requesting results on self

---

_____    _____
Print Name of CDL Holder                                    Phone Number

_____    _____
Print full Address, City, State and Zip Code of CDL Holder        Social Security #

Driver License Number of CDL Holder _____ State _____ Date of Birth _____

authorize release of any and all of CDL holder's reported positive alcohol or
controlled substance test results reported under Texas state law to

_____    _____
Print Motor Carrier's Name                                   Phone Number

_____
Print full Address, City, State and Zip Code of Motor Carrier

---

Signature of Driver                                          Date

X _____                                           22/08/2018

If you wish to request and receive this information by electronic mail, submit a completed and notarized Electronic Mail Verification Form (MCS-32), available at the following web address:
http://www.dps.texas.gov.htm.

MCS-21 (Rev 10/17)

# VIOLATION AND REVIEW RECORD

Driver's Name ___Alfonso Martinez Contreras___
(PLEASE PRINT OR TYPE)

## I.    CERTIFICATION OF VIOLATIONS

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months.

| Date | Offense | Location | TypeVehicle Operated |
|------|---------|----------|----------------------|
|      |         |          |                      |
|      | NO      |          |                      |
|      |         |          |                      |
|      |         |          |                      |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

_____     _____
(DATE OF CERTIFICATION)                                (DRIVER'S SIGNATURE)

_Tradex logistics, Inc._                        _607 Grand Central Blvd._
(MOTOR CARRIER'S NAME)                              (MOTOR CARRIER'S ADDRESS)

_Miro Ramirez_                                  _Safety Manager_
(REVIEWED BY SIGNATURE)                              (TITLE)


## II.    REVIEW AND EVALUATION OF DRIVER'S RECORD:

In accordance with Section 391.25, Motor Carrier Safety Regulations, all information pertinent to the above driver's safety of operations, including the list of violations furnished by him in accordance with Section 391.27, has been reviewed for the past 12 months.

Action taken: _____

_____

_____

_____     _____
(MOTOR CARRIER'S NAME)                                (MOTOR CARRIER'S ADDRESS)

_____     _____     _____
(REVIEWED BY: SIGNATURE)                        (TITLE)                        (DATE)

## IMPORTANT DISCLOSURE

### REGARDING BACKGROUND REPORTS FROM THE *PSP Online Service*

In connection with your application for employment with _Tradex_ ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

## AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

I authorize _Alonee Mini m87_ ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report.

9070013

I have read the above Disclosure Re........ding Background Reports provided to me by Pr.......ctive Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

Date: 22/08/2018

Signature

Alfonso Martinez Contreras

Name (Please Print)

NOTICE: This form is made available to monthly account holders by NIC on behalf of the U.S. Department of Transportation, Federal Motor Carrier Safety Administration (FMCSA). Account holders are required by federal law to obtain an Applicant's written or electronic consent prior to accessing the Applicant's PSP report. Further, account holders are required by FMCSA to use the language contained in this Disclosure and Authorization form to obtain an Applicant's consent. The language must be used in whole, exactly as provided. Further, the language on this form must exist as one stand-alone document. The language may NOT be included with other consent forms or any other language.

NOTICE: The prospective employment concept referenced in this form contemplates the definition of "employee" contained at 49 C.F.R. 383.5.

*LAST UPDATED 12/22/2015*



**BACKGROUND CHECK DISCLOSURE AND RELEASE AUTHORIZATION FORM FOR EMPLOYMENT PURPOSES**

**Background Screening Disclosure**

_____ (the "Company") may request a comprehensive review of your background information from a consumer reporting agency in connection with your employment application and for employment purposes, including promotion, reassignment, or retention as an employee. Your background information may be obtained in the form of consumer reports and/or investigative consumer reports. These reports may be obtained at any time after receipt of your authorization and, if you are hired by the Company, throughout your employment. Corra, 201 Continental Boulevard, Suite 107, El Segundo, CA 90245, 1-310-524-9800, and its designated agents and representatives or another consumer reporting agency will prepare or assemble the reports. The scope of the consumer report/investigative consumer report may include, but is not limited to, the following areas: consumer credit, names and dates of previous/current employment, worker's compensation claims, criminal history records (from local, state, federal, international and other law enforcement agencies' records), sexual offender's lists, wants and warrants records, motor vehicle records, military records, educational verification, license verification, civil cases, OIG/GSA, OFAC/patriot act, any sanction lists, finger printing and drug testing. These reports may include information as to your general reputation, character, personal characteristics, mode of living, work habits, job performance and experience along with reasons for termination of past employment from previous employers. You may request more information about the nature and scope of any investigative consumer reports by contacting the Company. A summary of your rights under the Fair Credit Reporting Act is also being provided to you.

**Authorization and Release**

I, _Alfonso Martinez C._ authorize the complete release of these records or data pertaining to me which an individual, company, firm, corporation, institution, school or university, law enforcement or public agency may have. I authorize the full release of the information described above, without any reservation, throughout any duration of my employment at the Company. I certify that all information provided below is true and accurate to the best of my knowledge. This authorization and consent shall be valid in original, facsimile ("fax"), or copy form. I understand that Corra's privacy practices can be found at http://www.corragroup.com/privacy-policy.html.

Signature: _____     Date: _22/08/2018_

The following information is required by law enforcement agencies and other entities for identification purposes when checking records. It is confidential and will not be used for any other purpose. PLEASE PRINT LEGIBLY:

_Alfonso Martinez Contreras_     _____
Print Full Name (First Middle Last)                  Maiden/AKA/Previous Name(s)

_____
Social Security Number (SSN)

_27.07.1956_
Date of Birth (MM/DD/YYYY) (This will not affect hiring decision)

_Coah. 200270 "BE"_     _Coahuila_
Driver's License Number                          State of Issue

_dom. Conocido el coyote Coahuila_
Current Address

_Mpio de Matamoros   Coahuila   27450_
City                           State         ZIP/Postal Code

_832 740 7371_
Phone Number

Corra Group Background Checks · 201 Continental Blvd. Ste 107. El Segundo. CA 90245-4599













## CONSTANCIA DE APTITUD PSICOFÍSICA

### INFORMACIÓN DEL PERSONAL

**Nombre:** ALFONSO MARTINEZ CONTRERAS

**RFC:** MACA560727

**CURP:** MACA560727HCLRNL03

**Género:** MASCULINO

**Número del expediente en la DGPMPT:** 258082

**Expediente anterior en la DGPMPT:** 12070773

**Nacionalidad:** MEXICANO

### INFORMACIÓN DEL EXAMEN

**Fecha del examen:** 2017-12-06

**Modo de transporte:** AUTOTRANSPORTE

**COMO RESULTADO DEL EXAMEN PSICOFÍSICO INTEGRAL, QUE LE FUE PRACTICADO, EL DICTAMEN FUE:**

## A P T O

### INFORMACIÓN MÉDICA ADICIONAL

**Grupo Sanguíneo:** O     **RH:** POSITIVO

**Usa Lentes:** [ X ]     **Aéreos:** [ X ]     **Contacto:** [    ]

**Observaciones y restricciones del Dictaminador:**     NINGUNA

| NOMBRE, NO. DE CÉDULA PROFESIONAL Y FIRMA DEL MEDICO DICTAMINADOR AUTORIZADO POR DGPMPT | LUGAR DE PRÁCTICA DEL EXAMEN |
|---|---|
| FRAYRE CARRANZA, CORA JULIANA Ced. Prof. 3294117 | TERCEROS PARTICULARES |

Yo FRAYRE CARRANZA, CORA JULIANA, bajo protesta de decir verdad, declaro ante la Dirección General de Protección y Medicina Preventiva en el Transporte, que verifique la veracidad de los documentos que avalan la identidad del personal, que emito este dictamen derivado del examen psicofísico integral practicado el 06/12/2017 en CALLE SUCHIL N° 331, PARQUE INDUSTRIAL LAGUNERO, GOMEZ PALACIO, GOMEZ PALACIO, C.P. 35078, y que la información contenida en el expediente electrónico No.258082 es verídica, y fue obtenida empleando para ello las mejores prácticas médicas por personal calificado, que me hago responsable de la información aportada con mi firma o en el caso con mi cédula profesional, así como el equipo idóneo, apercibido de que aquél que interrogado por autoridad pública distinta de la judicial (en ejercicio de sus funciones o con motivo de ellas) faltare a la verdad se hace acreedor a una pena de cuatro a ocho años de prisión y de cien a trescientos días multa de acuerdo a lo establecido en el artículo 247, fracción I del Código Penal Federal.

Firma:

### PERIODO DE VALIDEZ / HUELLA DACTILAR Y FIRMA

**DE:** 06/12/2017

**A:** 06/12/2019

NOTA: Conforme al artículo 22 del REGLAMENTO del Servicio de Medicina Preventiva en el Transporte publicado el 01 de septiembre de 2010. La Constancia de Aptitud Psicofísica tendrá una vigencia de noventa días naturales, contados a partir de la fecha de su expedición para efectos de que el personal obtenga o revalide la Licencia Federal o Título, Certificado o Libreta de Mar y de Identidad Marítima. Si concluido la vigencia de la Constancia a que se refiere el párrafo anterior, el personal no obtiene, renueva, revalida o recupera la Licencia Federal, Título, Certificado o Libreta de Mar y de Identidad Marítima, así como los permisos que expide la Secretaría para cada modo de transporte federal y sus servicios auxiliares, deberá practicarse otra vez el examen respectivo y efectuar nuevamente el pago correspondiente. El personal deberá portar durante todo el tiempo que lleve a cabo sus funciones en las vías generales de comunicación, el original o copia certificada de la constancia de aptitud psicofísica en los términos que señalen los requisitos médicos para cada modo de transporte que emita la Dirección.

Perfil de Autotransporte Federal
El Personal del Autotransporte Publico Federal deberá someterse a un examen Psicofísico Integral, a efecto de evaluar su Aptitud Psicofísica para el ejercicio de las atribuciones que su Licencia Federal le confiere, con una periodicidad de dos Años.

4506012017101262800046801





9070021

Departure Number

**9Ь00487 70 85**

Department of
Homeland Security

CBP I-94 A (11/04)
Departure Record

B1
015664
APR 11 2018

Oct 10 2018

Family Name
**MARTINEZ CONTRERAS**

First (Given) Name
**ALFONSO**

Birth Date (Day Mo Yr)
**27 07 56**

Country of Citizenship
**MEXICO**

20180411 US-VISIT 20180411 MULTIPLE

9070022



9070023



SISTEMA MUNICIPAL DE AGUAS Y SANEAMIENTO DE MATAMOROS, COAHUILA
R.F.C. SMA-971215-Q24 TELS. 762-18-24 Y 762-19-49
AV. CARRANZA #227 PTE. COL. CENTRO MATAMOROS, COAH., C.P. 27440
**"EL PAGO DE ESTE RECIBO NO LO EXIME DE ADEUDOS ANTERIORES"** C 10386
**RECIBO DE PAGO**

Folio: 70145462                                       Fecha: 14/08/2018

Nombre: MARTINEZ CONTRERAS ALFONSO                    Cuenta: 14451
Domicilio: EJ. COYOTE B. EL CORRALON                  Localización: 51-200-08000

| Periodo | Agua | Dranaje | Limpleza | Recargos | Descuento | Importe |
|---------|------|---------|----------|----------|-----------|---------|
| FEBRERO 2015 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 |
| MARZO 2015 | 71.00 | 14.00 | 10.00 | 0.00 | 0.00 | 64.00 ** |

** Restan $27.00 de saldo del mes

Total: 100.00

Saldo: 4,145.50

Matamoros
¡Va con todo!




# ESTADOS UNIDOS MEXICANOS
## ESTADO LIBRE Y SOBERANO DE
## COAHUILA DE ZARAGOZA
### REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA.
Y COMO OFICIAL **04** DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. **1** TOMO No. **01** DEL
ARCHIVO DE ESTA OFICIALIA, EN LA FOJA No. SE ENCUENTRA ASENTADA EL ACTA No. **509**
DE FECHA **29 AGOSTO 1956** LEVANTADA POR EL
C. OFICIAL **04** DEL REGISTRO CIVIL CON RESIDENCIA EN **COYOTE**
MUNICIPIO DE **MATAMOROS** , COAHUILA EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE **ALFONSO MARTINEZ CONTRERAS**

FECHA DE NACIMIENTO **1956** **JULIO** **27** **23:00**
AÑO / MES / DIA / HORA

PRESENTADO [X] VIVO [ ] MUERTO SEXO [X] MASCULINO [ ] FEMENINO

LUGAR DE NACIMIENTO

**EJIDO COYOTE** **MATAMOROS** **COAHUILA** **MEXICO**
LOCALIDAD / MUNICIPIO / ENTIDAD / PAIS

COMPARECIO **EL PADRE**

### PADRES

NOMBRE **ALFONSO MARTINEZ GONZALEZ**
EDAD **26 AÑOS** NACIONALIDAD **MEXICANA**
NOMBRE **MARIA CONTRERAS MORALES**
EDAD **23 AÑOS** NACIONALIDAD **MEXICANA**

### ABUELOS PATERNOS

NOMBRE **EMILIANO MARTINEZ** NACIONALIDAD **MEXICANA**
NOMBRE **MARIA CRUZ GONZALEZ** NACIONALIDAD **MEXICANA**

### ABUELOS MATERNOS

NOMBRE **JOSE CONTRERAS (F)** NACIONALIDAD **MEXICANA**
NOMBRE **EULALIA MORALES** NACIONALIDAD **MEXICANA**

C.R.I.P. C.U.R.P.

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN EL ARTICULO 156 DEL CODIGO CIVIL
VIGENTE EN EL ESTADO DE COAHUILA, EN **COYOTE** A LOS
**31** DIAS DEL MES DE **AGOSTO** DE **2006**

EL C. OFICIAL **04** DEL REGISTRO CIVIL DOY FE.

**C. RAMON SANCHEZ HERNANDEZ**
NOMBRE

FIRMA

ASIENTA **C.S.R.**

0140535

9070025



# TRANSPORTES LOGÍSTICOS DE LA LAGUNA S.A. DE C.V.

BLVD. GOMEZ PALACIOS NO. 149 DEL PARQUE INDUSTRIAL LAGUNERO
INT. 1 2DO. PISO GOMEZ PALACIO, DGO. C.P. 35070

11 DE ENERO DEL 2018.

A QUIEN CORRESPONDA:

POR MEDIO DE LA PRESENTE HACEMOS CONSTAR QUE EL C. ALFONSO MARTINEZ CONTRERAS, LABORO PARA LA EMPRESA DESDE EL 26 DE FEBRERO DEL 2015 HASTA EL 26 DE AGOSTO DEL 2016, DESEMPEÑANDO EL PUESTO DE OPERADOR DE QUINTA RUEDA.

A PETICION DEL INTERESADO Y PARA LOS FINES QUE ESTIME CONVENIENTES SE EXTIENDE LA PRESENTE, EN LA CD. DE GOMEZ PALACIO DURANGO.

TRANSPORTES LOGISTICOS
DE LA LAGUNA
S.A. DE C.V.
R.F.C. TLL040108A08
BOULEVARD GÓMEZ PALACIO
No. 149
DEL PARQUE INDUSTRIAL
LAGUNERO
INTERIOR 1 2DO. PISO
GÓMEZ PALACIO, DGO. C.P 35070

LIC. SERGIO MARTINEZ CENTENO
RECURSOS HUMANOS

Boulevard Gómez Palacio No. 149 Del Parque Industrial Lagunero Interior 1 2do. Piso
Gómez Palacio, Dgo. C.P. 35070

9070026





Gobierno de
**Coahuila**

0008749

A QUIEN CORRESPONDA:

Por medio de la presente, hago constar que previa revisión del Archivo de Identificación Judicial existente en la Dirección de Ejecución de Penas en el Estado, no se encontró a la fecha antecedente penal en contra de:

## MARTINEZ CONTRERAS ALFONSO

A solicitud de la parte interesada y para los usos legales que a la misma convenga, y con fundamento en los Artículos 1°, 88 fracción V y 96 último párrafo de la Ley de Ejecución de Sanciones Penales y Reinserción Social vigente en el Estado, se expide la presente constancia de No Antecedentes Penales, en la Ciudad de Torreón, Coahuila de Zaragoza; el día 12 del mes de Enero del 2018.

A T E N T A M E N T E.
"SUFRAGIO EFECTIVO, NO REELECCIÓN"
EL DIRECTOR DEL CENTRO PENITENCIARIO TORREÓN.

**DIRECCION**
Centro
Penitenciario
Torreón, Coah

LIC. ISRAEL AUSENCIO FRIAS LUNA.

Blvd. México s/n Fraccionamiento Latinoamericano, C.P. 27275, Torreón, Coahuila, México. Tels. (871) 733 71 11 y 7338657

9070027

# HOURS-OF-SERVICE RECORD FOR FIRST TIME OR INTERNATIONAL DRIVERS

Instructions: When using a driver for the first time or intermittently, a signed statement must be obtained, giving the total time on duty (driving and on duty) during the immediate preceding seven days and the time at which the driver was last relieved from duty prior to beginning work.

X Name (Print) __Alfonso Martinez Contreras__
First           Middle           Last

| DAY | | TOTAL TIME ON DUTY |
|---|---|---|
| 1 | 08/16 | 0 |
| 2 | 08/17 | 0 |
| 3 | 08/18 | 0 |
| 4 | 08/19 | 0 |
| 5 | 08/20 | 0 |
| 6 | 08/21 | 0 |
| 7 | 08/22 | 0 |
| | Total | 0 |

I hereby certify that the information contained herein is true to the best of my knowledge and belief, and that my last period of release from duty was from

__08/16/2018__ to __08/22/2018__
(Hour/Date)                  (Hour/Date)

X Signature: ___Alfonso Martinez Contreras___    X Date: __08/22/2018__



**D.R.S.**
MEDICAL REVIEW SERVICE

*E-Mail: mro@drsmro.com*
*Phone: (800) 526-9341*
*Fax: (800) 547-2966*

# NEGATIVE RESULT

| Company Information | TEST(S) | | |
|---|---|---|---|
| LAREDO ANTIDOPING AGENCY | | | |
| 302 CROSSROADS STE-F | | | |
| LAREDO, TX 78045 | | | |

| | | | | Screen Cutoff | Confirm Cutoff |
|---|---|---|---|---|---|
| Phone: | (956) 568-2330 | | | | |
| Protocol: | veronica@laredo.twcbc.com | Negative | 6-ACETYLMORPHINE | 10ng/ml | 10ng/ml |
| LAB: | LABCORP (X4 X4) | Negative | AMP/MAMP | 500ng/mL | 250ng/mL |
| Account Number: | 958387 | Negative | COCAINE METABOLITE | 150ng/mL | 100ng/mL |
| | | Negative | CODEINE/MORPHINE | 2000ng/mL | 2000ng/mL |
| **Donor Information** | | Negative | HYC/HYM | 300ng/mL | 100ng/mL |
| Name: | MARTINEZ CONTRERAS, ALFONS | Negative | MDMA/MDA | 500ng/mL | 250ng/mL |
| SSN: | XXX-XX- | Negative | OXYC/OXYM | 100ng/mL | 100ng/mL |
| Spec. #: | 0036896561 | Negative | PCP | 25ng/mL | 25ng/mL |
| Accession #: | 0036896561 | Negative | THCA | 50ng/mL | 15ng/mL |
| Alt ID: | COAH200070 | | CREATININE | mg/dL | mg/dL |
| | | | NITRITE | ug/mL | ug/mL |
| **Test Information** | | | PH | | |
| Test Reason: | Pro-Employment | | | | |
| Mode: | FMCSA | | | | |
| Date of Collection: | 8/23/18 | | | | |
| Recv'd CCF: | 8/23/18 | | | | |
| MRO Verified/Sent: | 8/24/18 | | | | |
| Print Date: | 8/24/18 | | | | |
| Spec Type: | URINE | | | | |
| Clin Info: | | | | | |

| Collection Site Information |
|---|
| 9565682330 |
| ALEJANDRO GONZALEZ |

ID: COAH200070;Testing Authority: Federal Motor Carrier Safety Administration;TRADEX LOGISTICS INC

Dana Carasig, MD-MRO

546 Franklin Ave. Massapequa, NY 11758
(800) 526-9341

This controlled substance test result has been received by a certified Medical Review Officer and is hereby released to the above named employer in accordance with CFR 49 part 40. Please retain this document in a confidential manner.

**CONFIDENTIALITY AND UNAUTHORIZED USE STATEMENT**

This document and any files transmitted with it are confidential and intended solely for the assigned designated employer representative and/or drug program administrator to whom this is addressed. If you are not the named addressee you should not disseminate, distribute or copy this report. Any use or dissemination of this report, or the data contained within, outside of its intended purpose by anyone is strictly prohibited. Any modification of this report by anyone is strictly prohibited. Any issues arising from the unauthorized use, distribution or modification of this report will become the sole responsibility and liability of the entity responsible for these unauthorized actions. If you have received this electronic message in error, please notify us immediately by telephone at (800) 526-9341.

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## *Direc\_ \_n General de Autotransporte Fe\_ \_al*

**Consulta de licencias federales de conductor**
<u>Foto</u>

| \_\_\_\_ \_\_\_\_ \_\_\_\_ | Nombre del Conductor | Vigencia Último Refrendo Realizado | | Categorías de la Licencia | Último Examen Médico | | | | Observaciones |
|---|---|---|---|---|---|---|---|---|---|
| | | Desde | Hasta | | Tipo | Apto | Fecha de Dictamen | Fin de Vigencia | |
| COAH200270 | ALFONSO MARTINEZ CONTRERAS | 11/12/2017 | 11/12/2019 | B,E, | EXAMEN PSICOFISICO INTEGRAL | SI | 06/12/2017 | 06/12/2019 | ESTA LICENCIA ES VÁLIDA EN EUA Y CANADA |
| | | | | | | | | | B) CARGA |
| | | | | | | | | | E) CARGA MATERIALES PELIGROSOS |

El operador cumple con los requisitos para poder conducir

Regresar



**Secretaría de Comunicaciones y Transportes**
Subsecretaría de Transporte

Case 1-21-cv-00018-MR-WCM   Document 1-1   Filed 01/14/21   Page 35 of 51   9070030

**LabCorp**
69 First Ave., Raritan, NJ 08869
1904 T.W. Alexander Dr., Research Triangle Park, NC 27709
1120 Main Street, Southaven, MS 38671
7207 North Gessner, Houston, TX 77040

**FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM**

SPECIMEN ID NO. **0036896561** ACCESSION NO.



OMB No. 0930-0158

### STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone No. and Fax No.

C. Donor SSN or Employee I.D. No.

D. Specify Testing Authority: ☐ HHS ☐ NRC    Specify DOT Agency: ☐ FMCSA ☐ FAA ☐ FRA ☐ FTA ☐ PHMSA ☐ USCG

E. Reason for Test: ☑ Pre-employment ☐ Random ☐ Reasonable Suspicion/Cause ☐ Post Accident ☐ Return to Duty ☐ Follow-up ☐ Other (specify)

F. Drug Tests to be Performed: ☐ THC, COC, PCP, OPI, AMP ☐ THC & COC Only ☐ Other (specify) _____

G. Collection Site Address:

Collector Phone No.

Collector Fax No.

### STEP 2: COMPLETED BY COLLECTOR (make remarks when appropriate) Collector reads specimen temperature within 4 minutes.

| Temperature between 90° and 100° F? ☐ Yes ☐ No, Enter Remark | Collection: ☐ Split ☐ Single ☐ None Provided, Enter Remark ☐ Observed, Enter Remark |
|---|---|

REMARKS

### STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

### STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY TEST FACILITY

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable Federal requirements.

X _____    SPECIMEN BOTTLE(S) RELEASED TO:

Signature of Collector

      AM
      PM

(PRINT) Collector's Name (First, MI, Last)    Date (Mo/Day/Yr)    Time of Collection    Name of Delivery Service

### STEP 5: COMPLETED BY DONOR

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____

Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo/Day/Yr)

Daytime Phone No. ( )    Evening Phone No. ( )    Date of Birth __/__/__ (Mo/Day/Yr)

After the Medical Review Officer receives the test results for the specimen identified by this form, he/she may contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). – DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

### STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my verification is:

☐ NEGATIVE ☐ POSITIVE for: _____
   ☐ DILUTE

☐ REFUSAL TO TEST because – check reason(s) below:      ☐ TEST CANCELLED
   ☐ ADULTERATED (adulterant/reason): _____
     ☐ SUBSTITUTED
     ☐ OTHER: _____

REMARKS: _____

X _____
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)

### STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my verification for the split specimen (if tested) is:
☐ RECONFIRMED for: _____      ☐ TEST CANCELLED

☐ FAILED TO RECONFIRM for: _____

REMARKS: _____

X _____
Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)

# DRIVER POLICY AND SAFETY MANUAL



# INTRODUCTION

This manual is designed to provide drivers, employees, and all other concerned parties with information regarding the operational policies, safety policies and general practices of this company. A wide scope of information is provided herein. However, it is not the intent of the company to list all of its programs, policies and or procedures in this manual. It is also understood that the information contained herein is subject to change at the discretion of the company. Additional policies and directives may be issued at any time.

It is the intent of this company to operate safely and in accordance with the regulations set forth by the Department of Transportation and all other applicable agencies. Nothing in this manual is designed to supersede these regulations. All drivers are expected to operate safely and courteously on the highways. Evidence that this requirement is not being honored will result in the immediate revocation of the safety clearance of the offending driver.

# GENERAL POLICIES

1. All drivers are expected to operate within the limits set forth in the federal regulations, and local, municipal and state laws of all jurisdictions operated in. This is inclusive of logging regulations, weight limitations, speed limits, and physical requirements. Drivers who violate these laws will be subject to disciplinary action by the company.

2. Drugs and alcohol are strictly prohibited in any vehicle operating on behalf of the company.

3. Firearms are strictly prohibited in all vehicles operating on behalf of the company

4. Pets/animals of any kind are expressly forbidden from being in any vehicle operating on behalf of the company.

5. Passengers are not allowed.

6. All customers, employees and members of the general public are to be treated with respect and courtesy.

7. Paperwork is to be turned in at the end of each trip. If you do not return to the terminal, bills, logs, etc should be mailed to us in a timely manner.

8. Accidents must be reported to the company as soon after the accident as possible. Failure to report accidents will result in the revocation of the driver's safety clearance.

9. All drivers are expected to check call daily and to stay in touch with the company as requested by dispatch. This may require several phone calls per day in some instances.

10. C.B.s are a valuable tool for drivers. Please use yours with respect for the motoring public. We do not expect our drivers and representatives to use profanity or vulgarities on the radio.

11. It is expressly forbidden for any employee or agent of the company to come onto company property under the influence of any illegal drug or alcohol.

12. All trucks are expected to use the shortest practical routes. Out of route miles will be charged back to the driver at the current fuel costs. If a direct route is unsafe due to mountains, narrow highways, or other reasons, please advise your dispatcher and obtain approval for alternate routing.
13. Deliveries are to be made in a timely fashion. This company will not ask any driver to violate state or federal laws in order to make an on-time delivery.

However, so long as the scheduling allows for on-time deliveries, drivers are expected to meet their appointment times.

14. If, for any reason, a driver foresees that an appointment time cannot be met, dispatch must be notified as soon as possible so that they can coordinate with the customer.

15. Fuel should be purchased only at authorized fuel stops. If such stops have not been designated, it is the responsibility of the driver to help control fuel costs by buying fuel at the lowest prices available.

## What to do at the Scene of an Accident

Although we strive to operate accident free, we know that an accident can occur at any time. If you are involved in an accident, please follow these guidelines.
1) Secure the scene. This may consist of putting out triangles, activating the 4-ways on all vehicles, setting out flares, (If there is no spill or volatile chemicals such as gas, diesel fuel, etc) and using other persons for traffic control. In the case of minor accidents it may be advisable to move the damaged vehicles from the roadway. However, if doing so, please photograph or otherwise verify the location of both vehicles prior to moving them.

2) Render first aid and/or comfort to injured parties, if necessary. If you do not feel capable of performing this function, try to find someone who can assist.

3) Notify the police as quickly as possible

4) Notify the company as quickly as possible

5) Get out your accident kit and begin obtaining all information that is asked for on the accident report.

6) If the other party is willing to accept the blame, ask them to fill out the driver exoneration form.

7) Obtain the names, addresses and phone numbers of any witnesses. If people refuse to provide the above information, record their license plate number and provide that information to the insurance company representative.

8) Make no statements to anyone other than the police, and then only respond to questions that they ask.

9) If you have a camera, take photographs of all aspects of the accident scene.

10) Photograph all four sides of all vehicles involved.

11) Photograph skid marks, gouge marks, and debris that is in the road as a result of the accident. In these photographs, try to get some landmarks in the background to help identify the location of the items.

9070035

12) Photograph any temporary situations such as illegally parked vehicles, obscured signs, etc that were contributory to the accident.

13) Photograph the other parties involved. In particular, if they seem healthy and are leaning over, or otherwise showing back and leg mobility, photograph those actions to verify the limits of their injuries.

14) Photograph the license plates of all vehicles stopped at the accident scene. These might very well be witnesses that could not otherwise be discovered.

15) Comply with the drug and alcohol testing requirements if necessary. Remember, you must drug and alcohol test if; 1) it is a fatal accident, 2) it is a personal injury accident and you received a citation or 3) it is a property damage accident that results in one or more of the vehicles being towed and you received a citation.

All accidents will be evaluated by the company for preventability. Any driver who has 2 preventable accidents in a 3 year period will lose their safety clearance.

## CONTROLLED SUBSTANCES, ILLEGAL ALCOHOL USE, DISHONESTY

Any driver applicant who is found to be under the influence of an illegal drug or un-prescribed controlled substance shall be eliminated from consideration for employment.

Any driver who is found to be in possession of, or under the influence of any illegal drug or controlled substance shall, without recourse, be terminated. Any driver who is found to be operating a company vehicle while under the influence of alcohol or who is found to be in possession of alcohol while on a company vehicle shall, without recourse, be terminated.

Any driver who commits an act of dishonesty while in the scope of employment shall, without recourse, be immediately terminated, and shall not be eligible for rehire. Acts of dishonesty shall include, but not be limited to the following:

1. Theft of company equipment.

2. Criminal conversion of company property.

3. Illegal use or possession of drugs or controlled substances.

4. Operating a vehicle under the influence of alcohol.

5. Making false statements or statements that are materially incorrect with the intent of misleading the company regarding any action that might jeopardize the well being of the company.

6. Any act of violence against an employee, customer, or any member of the general public while acting as a representative of this company.

7. Any act of a malicious or destructive nature that affects the well-being of the company or its employees.

8. Conviction of a felony while in the scope of employment.

The above rules shall apply to all employees, independent contractors, and representatives of this company.

## HOURS of SERVICE and DRIVER's DAILY LOG

All drivers are expected to operate within the laws set forth by the DOT. A brief explanation of those laws is set forth below.

**14 Hour Rule:** This rule requires drivers to stop 14 hours after beginning their duty tour. Regardless of how the time is spent, the driver must take a 10-hour break at the end of 14 hours. The 14 hour period begins once the driver ends his 10-hour break by making an entry line 4, on duty, or line 3, driving.

**11 Hour Rule:** Within the 14 hours allowed to the driver, only 11 of those hours may be spent on line 3, driving. Once the driver has had 11 hours of driving time, he must take a 10-hour break before driving, even if he has time left in his 14-hour period.

**70 Hour Rule:** This rule states that once you have been working for **70** hours in any **8-** day period, you may not *drive*. In order to comply with this regulation, you need to keep track of your hours. Each day, before you begin driving, you need to add up your total hours on lines 3 and 4 for the past 7 days and subtract the answer from 70. Whatever is left is what you can drive that day. The 70 hours of accumulated time may be eliminated by taking 34 consecutive hours off duty. If the driver has 34 consecutive hours off, his 70 hour total is reduced to 0 and he begins the cycle again.

**10 Hour Break:** Breaks must be taken in the sleeper berth or off duty. If sleeping in a sleeper berth equipped truck, the time should be logged on line 2, Sleeper berth. Off duty time spent outside of the sleeper should be logged on line 1, Off Duty. If the 10 hour break is uninterrupted by any on duty or driving time, you may combine line 1 and line 2 to achieve your 10 hours.

**Speed:** DOT requires that all trucks abide by the speed limits of the states that they are operating in. They also state that in their opinion, if a truck obeys the law, it cannot average more than 5mph less than the speed limit. In the case of 2 lane highways with a 55mph speed limit, DOT believes that the maximum that a truck can average is 45mph. Be sure that your average speeds for the trip do not exceed these maximums.

**On Duty Time:** All fuel stops, DOT inspections, random drug tests, time spent loading/unloading, breakdowns, vehicle inspections, and accidents must be unloading time should reflect only the time that is spent actually working. Time spent waiting, etc, may be logged off duty or in the sleeper berth

**Timely submission:** Logs should be turned in as soon after completion as possible. Ideally, all logs should be turned in every time that the truck returns to the terminal. At the very most, DOT requires that the logs be turned in not more than 13 days from the date of completion.

**Falsification:** Logs must match all timed and dated documents including fuel stops, road side inspections, toll tickets, Kat Scale tickets, and freight bills. Mileage must be at least the miles listed by PC Miler or Household movers guide. Point to point miles should match as well as total miles for the trip.

## SAFETY

All drivers are expected to operate in a safe and defensive manner at all times. More than one at fault accident in a three-year period will result in the driver's safety clearance being revoked.

**Speed:** It is expected that all drivers operate within the posted speed limits for the states that they are operating in. Excessive tickets will result in the driver being put on probation or terminated.

**Following distances:** All drivers are expected to use the National Safety Council's following rule. This requires a minimum of 7 seconds of following distance at highway speeds and 6 seconds at speeds under 40mph. These following distances should be increased by at least 1 second if the roads are wet or slick.

**Reduced Traction:** Adverse weather conditions can result in reduced traction. In the event of rain, reduce your speed by 25-30% and increase your following distance by at least 1 second. If the rain is heavy enough to require your wipers to be operated on high, or if your visibility is reduced by tire spray, speeds may need to be decreased even further and following distances increased.
When operating on snow covered highways, speeds should be decreased by at least 50% and following distances should be increased by at least 2 seconds.

This rule applies even if the snow cover on the highway is intermittent. Remember, there may well be icy conditions as a result of snow being compressed by traffic. When operating on icy roads, the best recommendation is "don't." When conditions become icy, find a safe haven and get off the road. Until you can do this, reduce your speed to a crawl, use your 4-ways, and increase your following distances by at least 2-3 seconds. Remember, ice at 32 degrees can be up to 10 times as slick as ice at 0 degrees. This means that your stopping distances can increase by a factor of 10. (As a example, on wet ice, stopping distances at 30 miles per hour can increase from a normal distance of 100 ft to as much as 800-900 ft.)

**Reduced visibility:** Conditions such as snow, fog, heavy rain, dust, and smoke can result in reduced visibility. The rule for such conditions is to reduce your speed so that you can stop within your window of visibility. If such a speed reduction creates a hazard of being rear ended, use your 4-way flashers, stay to the right, and find a safe place to exit the highway and park as soon as possible. As a rule of thumb, make sure that you can see at least 8-10 seconds ahead of your vehicle. This gives you the opportunity to see hazards, process the information, and react without an emergency lock-up that increases the risk someone rear-ending you.

**Courtesy:** All drivers are expected to operate in a safe and courteous manner at all times. This is the key to defensive driving, and it doesn't cost you anything to be courteous to other traffic.

**Time management:** One of the biggest problems that drivers have is time management. Too often, drivers wait until the last minute to leave home or the terminal. Or, a driver who does leave in a timely manner will spend too much time at the truck stop drinking coffee or playing video games instead of heading down the road. In either case, the driver is now on a tight schedule. Any minor delay along the route will cause a late delivery or will cause the driver to feel "pushed for time". This usually results in speeding, discourtesy, and excessive fatigue on the part of the driver. Schedule yourself properly and watch your time. Don't create emergencies through poor time management.

**Backing:** Backing represents less than 10% of our driving, but represents more than 25% of our accidents. Before backing, get out and look. Be sure that the area is clear of obstacles before you back. Begin your back from as close to the dock as you can so that things don't have a chance to change before you get there. If backing across a highway or busy street, be sure to get someone to stop traffic for you before you begin backing. If the shipper/receiver won't help you, call the safety department for assistance. DO NOT BACK ACROSS A HIGHWAY OR STREET AFTER DARK WITHOUT SOMEONE TO STOP TRAFFIC FOR YOU.

**Inspections:** Don't wait until the truck breaks down to find the problem. DOT and the company both require that you do a thorough pre-trip and post-trip

inspection on your vehicle. As you do your walk around, be sure to take a rag with you and wipe off your reflective striping, reflectors, lights, and mirrors.

**Emergency breakdowns:** If for some reason, you are required to stop on the side of the road for emergency reasons, put out your triangles. Be sure that they are far enough behind your truck to warn oncoming motorists and to meet the requirements found in part 392 of motor carrier regulations.

## GENERAL INFORMATION
**Roadside Inspections:** All roadside inspections must be turned into the company as soon as possible. If you or your truck are placed out of service, call your dispatcher immediately. Remember, it is your responsibility to inspect your equipment and notify the company of any defects. If you receive a citation for faulty equipment, you are responsible for paying the ticket.

**Overweight:** It is the policy of the company to operate in a legal manner, unless we have ordered an overweight and/or oversize permit. You must weigh your load at the first convenient location and immediately report any overweight load. You will then be directed to return the load to the shipper for adjustment. If you fail to weigh your load and receive an overweight ticket, you are responsible for the payment of that ticket.

**Fueling:** All fueling should be done at designated stops. If no stops are designated, we expect the driver to try to find the least expensive fuel in an area and use that stop. We also understand that the cheapest fuel may not be at a station that provides clean showers. If you incur extra shower costs as a result of fuel savings for the company, turn in your shower ticket with your expenses.

**Paperwork:** All paperwork must be turned in as soon after delivery as possible. Paperwork should include the signed bill of loading, scale tickets, fuel receipts, the completed trip report, your logs, any toll tickets, and any other expenses that you need to be reimbursed for. You will not be paid for a load unless all the paperwork is turned in.

**Freight Claims:** If you are responsible for load and count, you will also be responsible for all shortages or damages. Check your load as it is going onto the truck and as it is coming off. If it is a sealed load or a SLC load, verify the unload count. Immediately call dispatch if there are any damages or shortages. Do not sign for damages or shortages until you have talked to dispatch.

**Check Calls:** Check calls should be made every day before 10am unless otherwise coordinated with dispatch. In addition, if you are going to be late, or have any other Enroute problem, immediately call dispatch. Remember, communication is important. We need to hear from you so that we can tell our customers what to expect.

**Breakdowns:** In the event of a breakdown, call the shop immediately. Do not attempt to repair the truck unless it is a minor problem that you feel comfortable repairing. Remember to put out your triangles as necessary.

### RECEIPT FOR SAFETY MANUAL

I hereby certify that I have received the company safety manual and that I have read and understand all the information contained therein. I further agree to abide by the provisions that are set forth in the manual.

Date 8/24/2018          Signed _____

Printed name: _Alfonso Martinez C._



# PENALIZACIONES Y BONIFICACIONES

- **Limpieza de Unidad**
  Estimado operador recuerde que la unidad asignada es tu principal herramienta de trabajo por favor conservar limpia su cabina.
  Al finalizar cada viaje, favor de entregar su unidad limpia y con esto evitar una penalización de $ 50.00 Dlls por unidad indecente.

- **CADA UNIDAD DEBE PERMANECER EN EL PATIO DE TRADEX.**
  Después de finalizar su viaje, la unidad deberá permanecer en los patios de la empresa; para movimientos locales deberán tener previa autorización de su jefe inmediato.

- **USO DEL LIBRO ELECTRONICO.**
  A partir del 18 de Diciembre del 2017 entro en vigor el uso obligatorio para todas las empresas del Libro Electrónico (E-LOG).
  El uso indebido del libro electrónico **Sin Autorización** del Departamento del Safety dará lugar a una penalización por hasta $500.00 Dlls.
  Cualquier desperfecto o mal función del Libro Electrónico Favor de reportarlo de inmediatamente al Departamento de Safety

- **Entregas en Laredo**
  Es obligación del Operador descargar su caja aquí en Laredo, A excepción que su despachador le indique lo contrario o tenga asignado un viaje más que impida realice su descarga.
  El desacato de esta obligación causara una penalización de $100.00 Dlls.

- **Compromiso de viaje**
  Es sumamente importante cumplir con la salida el día acordado para despacho; El incumplimiento de este compromiso podría causar hasta una semana de suspensión.

**NO VIOLATIONS**
Por cada inspección en carretera o báscula que concluya en NO VIOLACIONES
entregado al departamento de Safety, se bonificaran $100.00 Dlls al Operador
inspeccionado.

_____
Signature

_____
08/23/2018
Date

_____
Leopoldo Mendiola

9070043



# ALCOHOL AND CONTROLLED SUBSTANCES POLICY

The company has adopted an alcohol and controlled substances policy to ensure the safety and well-being of all employees. Company policy forbids the possession or consumption of alcoholic beverages and the possession or use of any controlled substances on the premises, or while on the company business.

The definition of a "controlled substance" is any drug, narcotic, inhalant, hallucinogen, barbiturate, amphetamine, mixture, or compound not prescribed by a licensed physician for the legitimate treatment of a specific employee's medical condition.

Employees taking prescription drugs for an illness or other legitimate medical need must notify their direct supervisor in writing of the possible effects of the medication which may impair the individual's physical or mental capabilities, and/or impair their ability to perform their job functions. The notification should also include the length of time expected to take the medication.

Users of controlled substances of alcoholic beverages present a serious danger, not only to themselves, but to all other employees with whom they work or come in contact. Lack of mental alertness slow reactions and other effects of alcohol and drugs lead to poor judgment and errors that place our workers and facility in grave danger. Management cannot and will not allow the safety of our workers and facility to be compromised.

Violation of any of the following rules may subject an employee to disciplinary action, including immediate termination.

1. No alcoholic beverages may be brought onto or consumed on company property, or consumed while on company business or while operating a company vehicle.

2. No controlled substance may be brought onto or used on company property, or used while on company business or while operating a company vehicle.

9070044



3. Employees taking drugs prescribed by physician must advise their direct supervisor in writing of the possible effects of such medication which may impair their physical or mental capabilities and/or impair ability to perform their job functions. This notification must include the length of time the employee is expected to take the medication. This written information must be given to the direct supervisor before the employee starts work. All medical information will be kept confidential, and any breach of privacy and confidentiality will be punished.

4. No employee may give, sell, or otherwise transfer any controlled substance or prescription drug to any other employee. To do so is in violation of federal law, and the employee involved will be reported to law enforcement authorities immediately.

Once again, any violation of the above rules may lead to disciplinary actions, including immediate dismissal.

COMPANY: TRADEX LOGISTICS INC
607 GRAND CENTRAL BLVD.
LAREDO, TX 78045

PRESIDENT: LEOPOLDO MENDIOLA

9070045



# EMPLOYEE AKNOWLEDGEMENT OF ALCOHOL AND CONTROLLED SUBSTANCES POLICY

I acknowledge _____ A.MC _____ that I have received a copy of the
Alcohol and Controlled Substances Policy of the Company TRADEX LOGISTICS INC,
I also acknowledge that the provisions of the policy are part of the terms and conditions
of my employment, and I agree to abide by them,

Date: _____ C8/23/2018 _____

Signature of Employee: _____

Print Name: _____ Alfonso Martinez Contreras _____

Company official signature: _____
PRESIDENT: LEOPOLDO MENDIOLA